IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAIG COLVIN, ) | |
| ) | |
| Plaintiff, ) | Case No. 19 cv 1099 |
| ) | |
| -vs- ) | |
| ) | *(Jury Demand)* |
| CITY OF CHICAGO, Former ) | |
| CHICAGO POLICE SERGEANT ) | |
| RONALD WATTS, ) | |
| OFFICER KENNETH YOUNG JR., ) | Judge Feinerman |
| OFFICER DARREL EDWARDS, ) | |
| OFFICER GEROME SUMMERS, ) | |
| PHILIP J. CLINE, ) | |
| DEBRA KIRBY, KAREN ROWAN, ) | |
| and any other yet-unidentified officers ) | |
| of the Chicago Police Department, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**STATUS REPORT**

Plaintiff, Craig Colvin, and Defendants, City of Chicago, former Chicago Police Sergeant Ronald Watts, Officer Gerome Summers, Officer Darrel Edwards, Officer Kenneth Young, Jr., Philip Cline, Debra Kirby, and Karen Rowan, jointly submit the following status report:

1. The Plaintiff in this case alleges that he was wrongfully arrested by a group of allegedly corrupt current and former Chicago Police Department officers.

2. Each Defendant in this case is represented by counsel, who has either waived service or agreed to accept service for their clients.

3. This case is one of approximately 57 cases involving similar claims by plaintiffs alleging wrongful arrests by a group of allegedly corrupt current and former Chicago Police Department officers.

4. The Executive Committee has referred this case and the other cases involving similar claims to Judge Wood and Judge Finnegan for coordinated pretrial proceedings. *See* Dkt. 10. The Executive Committee's order states that Judge Wood will enter on the docket in this case when those coordinated pretrial proceedings conclude. *Id.*

5. Discovery is proceeding in the coordinated cases, with fact discovery set to close in certain of the cases (including this one) on June 9, 2020. *See In re Watts Coordinated Pretrial Proceedings* Master Docket No. 2 ¶1 (Case No. 1:19-cv-01717).

6. The parties in the coordinated cases have served and responded to multiple rounds of written discovery, and they are engaging in the rule 37.2 process to address any issues with written discovery responses. In addition, the parties have served numerous document subpoenas on third parties, and they have taken approximately 30 depositions.

7. Defendants have not yet filed responsive pleadings in this case. Their responsive pleadings will be due 45 days after the Court issues its opinion on the pending motions to dismiss in *Baker v. City of Chicago*, 16 C 1890. *See In re Watts Coordinated Pretrial Proceedings* Master Docket No. 12 ¶1 (Case No. 1:19-cv-01717).

8. Magistrate Judge Finnegan is overseeing discovery in the coordinated proceedings, and she has scheduled recurring status conferences. The parties have a status conference scheduled before Magistrate Judge Finnegan on September 30, 2019, a joint status report due to Magistrate Judge Finnegan on September 27, 2019 at 2 p.m.

Respectfully submitted,

/s/ Scott Rauscher
One of the Attorneys for the Plaintiff
Arthur Loevy
Jon Loevy
Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607

/s/ William E. Bazarek
One of the Attorneys for Defendants Kenneth Young, Jr., Gerome Summers, Jr., and, Darryl Edwards

Andrew M. Hale
William E. Bazarek
Anthony E. Zecchin
Brian J. Stefanich
Allyson West
Hale & Monico LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
(312) 341-9646


/s/ Ahmed Kosoko
One of the Attorneys for Defendant Ronald Watts
Brian P. Gainer
Monica Gutowski
Ahmed Kosoko
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770

/s/ Daniel M. Noland
One of the Attorneys for Defendants City of Chicago, Philip Cline, Debra Kirby, and Karen Rowan

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland

3

Elizabeth A. Ekl
Katherine C. Morrison
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090